William J. Edelman (SBN: 285177)
**MILBERG, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (771) 474-1121
Email: wedelman@milberg.com

Heather M. Lopez (SBN: 354022)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse,
Beverly Hills, CA 90212
Telephone: (331) 240-3015
Email: hlopez@milberg.com

Scott Edeslberg (SBN: 330090)
**EDELSBERG LAW, P.A.**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
Email: scott@edelsberglaw.com

*Attorneys for Plaintiff and the Proposed Class*

IT IS SO ORDERED AS MODIFIED
Judge Eumi K. Lee
February 12, 2026

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| QUI NGUYEN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>KLAVIYO, INC.,<br><br>      Defendant. | Case No. 5:25-cv-06551-EKL<br><br>**CLASS ACTION**<br><br>**JOINT** ~~PROPOSED~~ **SCHEDULING ORDER**<br><br>Judge Hon. Eumi K. Lee<br>Action filed: August 4, 2025 |

Plaintiff Qui Nguyen ("Plaintiff") and Defendant Klaviyo, Inc., ("Klaviyo," together with Plaintiff "the Parties") submit this Joint Proposed Scheduling Order pursuant to the Court's February 4, 2026 Minute Entry following the Initial Case Management Conference (ECF No. 40):

| Event | Date |
| --- | --- |
| Deadline to Request Leave to Amend Pleadings (per Fed. R. Civ. P. 15) | April 9, 2026 |
| Deadline to Complete Initial ADR Session | June 8, 2026 |
| Further Case Management Conference | ~~Sept. 8, 2026~~ Sept. 2, 2026 |
| Close of Fact Discovery | October 6, 2026 |
| Plaintiff Class Certification Expert Report(s) Due | December 1, 2026 |
| Defense Rebuttal Class Certification Expert Report(s) Due | January 31, 2027 |
| Motion for Class Certification Due & Daubert Motions Challenging Class Certification Expert(s) Due | February 15, 2027 |
| Opposition to Motion for Class Certification & Daubert Opposition(s) Due | March 15, 2027 |
| Reply in Support of Class Certification & Daubert Replies Due | March 29, 2027 |
| Hearing on Class Certification and any Daubert Motions in connection with Class Certification | April 28, 2027 |
| Trial Setting Conference to Set Dates for Trial and Summary Judgment | June 9, 2027 |

Dated: February 11, 2026

Respectfully submitted,

**MILBERG PLLC**

By: */s/ William J. Edelman*

William J. Edelman (SBN: 285177)
**MILBERG PLLC**
227 West Monroe Street, Suite 2100,
Chicago IL 60606
Telephone: (771) 474-1121
Email: wedelman@milberg.com

Heather M. Lopez (SBN: 354022)
280 S. Beverly Drive-Penthouse,
Beverly Hills, CA 90212
Telephone: (331) 240-3015

|  |  |
|---|---|
|  | Email: hlopez@milberg.com |
|  | Scott Edelsberg, (CA Bar # 330090)<br>**EDELSBERG LAW, P.A.**<br>Scott@edelsberglaw.com<br>1925 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (305) 975-3320 |
|  | *Attorney for Plaintiff and the Proposed Class* |
| Dated: February 11, 2026 | **HUESTON HENNIGAN LLP**<br><br>By: */s/ Deeksha Kohli*<br><br>Moez M. Kaba<br>Vicki Chou<br>Deeksha Kohli<br>Chandler Matz<br><br>*Attorneys for Defendant Klaviyo, Inc.* |

- 3 -
**JOINT** ~~PROPOSED~~ **SCHEDULING ORDER**