Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Deeksha Kohli, State Bar No. 333887
dkohli@hueston.com
Chandler Matz, State Bar No. 341562
cmatz@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Defendant
KLAVIYO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUI NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KLAVIYO, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06551-EKL<br><br>**DEFENDANT KLAVIYO, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. Eumi K. Lee<br><br>Complaint Filed: August 4, 2025<br>Trial Date: None Set |

Defendant Klaviyo, Inc. (“Klaviyo”), by its undersigned counsel, respectfully demands a trial by jury on all issues so triable, and answers and asserts defenses as follows to the Complaint filed by Plaintiff Qui Nguyen (“Plaintiff”) on August 4, 2025. To the extent not specifically admitted herein, the allegations of the Complaint are denied. Klaviyo denies any allegations that may be implied by the headings of the Complaint.

**CLASS ACTION COMPLAINT**

Klaviyo admits that Plaintiff’s Complaint asserts claims on behalf of a proposed class and demands a jury trial, but denies the validity of any such claim. Klaviyo denies that it surreptitiously collects California consumers’ web browsing activity. Klaviyo is without knowledge or information sufficient to admit or deny the remaining statements in this section, and denies the allegations on that basis.

**NATURE OF THE ACTION**

1. Klaviyo admits that Klaviyo provides, among other things, a marketing automation platform and related services to e-commerce businesses. Klaviyo is without knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 1, and denies the allegations on that basis.

2. Klaviyo admits that Authentic Brands Group is a customer of Klaviyo. Klaviyo admits that it has more than one hundred thousand customers. Klaviyo is without knowledge or information sufficient to admit or deny the remaining allegations of Paragraph 2, and denies the allegations on that basis.

3. Klaviyo denies the allegations of Paragraph 3.

4. Klaviyo admits that the text “360° customer profiles that go way beyond contact info” appears on Klaviyo’s website, www.klaviyo.com. Klaviyo denies the remaining allegations of Paragraph 4.

5. Klaviyo admits that the text “every action a customer takes, as it happens: what they’re eyeing, buying, clicking, and far more” appears on Klaviyo’s website, www.klaviyo.com. Klaviyo denies the remaining allegations of Paragraph 5.

6. Klaviyo admits that it developed and provides a service called Klaviyo AI. Klaviyo denies the remaining allegations of Paragraph 6.

7. Klaviyo denies the allegations of Paragraph 7.

**PARTIES**

8. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 8, and denies the allegations on that basis.

9. Klaviyo admits it is a Delaware corporation with a principal place of business located at 125 Summer Street, Floor 6, Boston, Massachusetts 02111. Klaviyo admits that it maintains an office located at 181 Fremont Street, Floor 21, San Francisco, California 94105. The remaining allegations contained in Paragraph 9 set forth legal conclusions to which no response is required.

**JURISDICTION AND VENUE**

10. The allegations contained in Paragraph 10 set forth legal conclusions to which no response is required.

11. Klaviyo admits that it has an office located in this District. Klaviyo admits that it does business with customers located in this District. The remaining allegations of Paragraph 11 set forth legal conclusions to which no response is required.

12. The allegations contained in Paragraph 12 set forth legal conclusions to which no response is required.

**DIVISIONAL ASSIGNMENT**

13. The allegations contained in Paragraph 13 set forth legal conclusions to which no response is required.

**COMMON FACTUAL ALLEGATIONS**

14. Klaviyo admits that it provides, among other things, software to its customers. Klaviyo admits that it has more than 160,000 customers. Klaviyo denies the remaining allegations of Paragraph 14, including the description of services provided by Klaviyo.

15. Klaviyo denies the allegations of Paragraph 15.

16. Klaviyo denies the allegations of Paragraph 16.

17. Klaviyo denies the allegations of Paragraph 17.

18. Klaviyo denies the allegations of Paragraph 18.

19. Klaviyo denies the allegations of Paragraph 19.

20. Klaviyo denies the allegations of Paragraph 20.

21. Klaviyo denies the allegations of Paragraph 21.

22. Klaviyo denies the allegations of Paragraph 22.

23. Klaviyo admits that the text quoted in Paragraph 23 appears on Klaviyo's website, www.klaviyo.com. Klaviyo denies the remaining allegations of Paragraph 23.

24. Klaviyo denies the allegations of Paragraph 24.

25. Klaviyo denies the allegations of Paragraph 25.

26. Klaviyo admits that the text quoted in Paragraph 26 appears on Klaviyo's website, www.klaviyo.com. Klaviyo denies the remaining allegations of Paragraph 26.

27. Klaviyo admits that the text quoted in Paragraph 27 appears on Klaviyo's website, www.klaviyo.com. Klaviyo denies the remaining allegations of Paragraph 27.

28. Klaviyo denies the allegations of Paragraph 28.

29. Klaviyo admits that the text quoted in Paragraph 29 appears in Klaviyo's Form 10-K filed with the United States Securities and Exchange Commission for the fiscal year ended December 31, 2024. The quoted text speaks for itself, thus Klaviyo denies any characterization of the quoted text. Klaviyo denies the remaining allegations of Paragraph 29.

30. Klaviyo admits that the text quoted in Paragraph 30 appears in Klaviyo's Terms of Service. The quoted text speaks for itself, thus Klaviyo denies any characterization of the quoted text. Klaviyo denies the remaining allegations of Paragraph 30.

31. Klaviyo admits that the text quoted in Paragraph 31 appears in Klaviyo's Form S-1 filed with the United States Securities and Exchange Commission. The quoted text speaks for itself, thus Klaviyo denies any characterization of the quoted text. Klaviyo denies the remaining allegations of Paragraph 31.

32. Klaviyo denies the allegations of Paragraph 32.

/ / /

/ / /

**FACTS SPECIFIC TO PLAINTIFF**

33. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 33, and denies the allegations on that basis.

34. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 34, and denies the allegations on that basis.

35. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 35, and denies the allegations on that basis.

36. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 36, and denies the allegations on that basis.

37. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 37, and denies the allegations on that basis.

38. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 38, and denies the allegations on that basis.

39. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 39, and denies the allegations on that basis.

**CLASS ACTION ALLEGATIONS**

40. Klaviyo is without knowledge or information sufficient to admit or deny the allegations of Paragraph 40, and denies the allegations on that basis.

41. The allegations contained in Paragraph 41 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

42. Klaviyo denies that it has surreptitiously collected and analyzed Consumer Web Activities. The remaining allegations contained in Paragraph 42 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

43. The allegations contained in Paragraph 43 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

44. Klaviyo denies that Plaintiff and the Class members sustained damages as a result of Defendant's conduct. The remaining allegations contained in Paragraph 44 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies

the allegations.

45. The allegations contained in Paragraph 45 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

46. The allegations contained in Paragraph 46 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

**COUNT I**

47. Klaviyo incorporates its responses to Paragraphs 1-46 above.

48. The allegations contained in Paragraph 48 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

49. The allegations contained in Paragraph 49 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

50. Klaviyo denies the allegations of Paragraph 50.

51. Klaviyo denies the allegations of Paragraph 51.

52. Klaviyo denies the allegations of Paragraph 52.

53. Klaviyo denies the allegations of Paragraph 53.

54. Klaviyo denies the allegations of Paragraph 54.

55. Klaviyo denies the allegations of Paragraph 55.

56. Klaviyo denies the allegations of Paragraph 56.

57. The allegations contained in Paragraph 57 set forth legal conclusions to which no response is required.

**COUNT II**

58. Klaviyo incorporates its responses to Paragraphs 1-57 above.

59. The allegations contained in Paragraph 59 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

60. Klaviyo admits that California Penal Code § 635 contains the text quoted in Paragraph 60.

61. Klaviyo denies the allegations of Paragraph 61.

62. Klaviyo denies the allegations of Paragraph 62.

63. Klaviyo denies the allegations of Paragraph 63.

64. The allegations contained in Paragraph 64 set forth legal conclusions to which no response is required.

**COUNT III**

65. Klaviyo incorporates its responses to Paragraphs 1-64 above.

66. The allegations contained in Paragraph 66 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

67. Klaviyo admits that California Penal Code § 638.50(b) contains the text quoted in Paragraph 67.

68. Klaviyo admits that California Penal Code § 638.50(c) contains the text quoted in Paragraph 68.

69. The allegations contained in Paragraph 69 set forth legal conclusions to which no response is required. To the extent a response is required, Klaviyo denies the allegations.

70. Klaviyo denies the allegations of Paragraph 70.

71. Klaviyo denies the allegations of Paragraph 71.

72. Klaviyo denies the allegations of Paragraph 72.

73. Klaviyo denies the allegations of Paragraph 73.

74. Klaviyo denies the allegations of Paragraph 74.

75. Klaviyo admits it has not obtained a court order authorizing the use of a pen register or trap and trace device. Klaviyo denies that any such order was required.

76. The allegations contained in Paragraph 76 set forth legal conclusions to which no response is required.

**PRAYER FOR RELIEF**

A. Klaviyo denies that Plaintiff or the purported Class are entitled to any of the requested relief sought in the Complaint or any relief whatsoever, including the relief sought in Paragraph A of the Complaint.

B. Klaviyo denies that Plaintiff or the purported Class are entitled to any of the requested relief sought in the Complaint or any relief whatsoever, including the relief sought in Paragraph B of

the Complaint.

C. Klaviyo denies that Plaintiff or the purported Class are entitled to any of the requested relief sought in the Complaint or any relief whatsoever, including the relief sought in Paragraph C of the Complaint.

D. Klaviyo denies that Plaintiff or the purported Class are entitled to any of the requested relief sought in the Complaint or any relief whatsoever, including the relief sought in Paragraph D of the Complaint.

E. Klaviyo denies that Plaintiff or the purported Class are entitled to any of the requested relief sought in the Complaint or any relief whatsoever, including the relief sought in Paragraph E of the Complaint.

WHEREFORE, Klaviyo prays that the Court grant the following relief:

a) That Plaintiff take nothing by this suit herein;

b) That judgment be rendered in favor of Klaviyo;

c) That Klaviyo be awarded all costs of suit incurred herein, including reasonable attorneys' fees to the extent permissible by law; and

d) That Klaviyo be awarded such other and further relief as the Court may deem just and proper.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

(STATUTE OF LIMITATIONS)

1. The causes of action alleged in the Complaint are barred, in whole or in part, by the applicable statute of limitations or repose.

### Second Affirmative Defense

(ADEQUATE REMEDY AT LAW)

2. The equitable relief requested in the Complaint is barred because Plaintiff has an adequate remedy at law.

**Third Affirmative Defense**

(ESTOPPEL)

3. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, by the doctrine of estoppel.

**Fourth Affirmative Defense**

(LACHES)

4. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, by the doctrine of laches.

**Fifth Affirmative Defense**

(LACK OF DAMAGES)

5. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, because Plaintiff and/or any putative class member have not sustained sufficient loss or damages to maintain their claim, including because Plaintiff and/or any putative class member have suffered no loss or damages as a result of Klaviyo's actions.

**Sixth Affirmative Defense**

(EXPRESS AND/OR IMPLIED CONSENT)

6. Plaintiff and/or any putative class member are barred from seeking relief based on any acts or omissions alleged in the Complaint because Plaintiff and/or any putative class member expressly and/or impliedly consented to all such alleged activities, including through interaction with privacy policies, terms of use, cookie banners, and/or other notice and consent mechanisms maintained by the websites they visited.

**Seventh Affirmative Defense**

(COMPLIANCE WITH LAW)

7. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, because Klaviyo complied with the underlying laws governing Klaviyo's conduct.

/ / /

/ / /

/ / /

**Eighth Affirmative Defense**

(CLASS ACTION – CANNOT BE MAINTAINED AS A CLASS)

8. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, because this action is not properly maintainable as a class action.

**Ninth Affirmative Defense**

(FAULT OF OTHERS)

9. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, because a third party, including Klaviyo's customers who implemented Klaviyo's code on their websites, caused or contributed to Plaintiff's and/or any putative class member's alleged harm.

**Tenth Affirmative Defense**

(ARBITRATION)

10. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, because the claims of putative class members are subject to mandatory arbitration provisions.

**Eleventh Affirmative Defense**

(STANDING)

11. The claims and requests for relief asserted in the Complaint are barred, in whole or in part, because Plaintiff and/or any putative class member lacks standing to bring their claims.

Dated: March 6, 2026

Respectfully submitted,

HUESTON HENNIGAN LLP

By: [signature]

Moez M. Kaba
Vicki Chou
Deeksha Kohli
Chandler Matz

Attorneys for Defendant
*KLAVIYO, INC.*