UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUI NGUYEN,

          Plaintiff,

       v.

KLAVIYO, INC.,

          Defendant.

Case No.  25-cv-06551-EKL

**ORDER RE CASE MANAGEMENT AND SCHEDULING**

On February 4, 2026, the parties appeared before Judge Eumi K. Lee for a case management conference. On February 12, 2026, the Court entered a scheduling order. ECF No. 45. On February 25, 2026, the Court ORDERED the parties to complete their initial ADR session – the parties selected private mediation – by June 8, 2026. ECF No. 49. The Court now issues the following additional related ORDERS:

(1)    The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case unless otherwise ordered by the Court.

(2)    All disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

(3)    The close of fact discovery is the date by which all discovery must be completed, including motions to compel, hearings on discovery motions, and any additional discovery resulting from orders on discovery motions. Accordingly, all discovery requests shall be served sufficiently in advance of the close of fact discovery to allow the discovering party enough time prior to the cut-off date to challenge allegedly deficient responses via motion to compel and to receive the necessary responses if the motion is granted. Depositions must be noticed at least 30 days

prior to the close of fact discovery.

(4)     A further case management conference is scheduled for September 2, 2026, at 1:30 p.m. via Zoom video.  An updated joint case management conference statement is due fourteen days before the case management conference.  The statement need not repeat the information in previous statements.

IT IS FURTHER ORDERED that, within seven days after the parties complete their initial ADR session, the parties shall file a joint status report identifying the parties' mediator and confirming that the initial ADR session was completed.  The status report shall state the outcome of the session and the parties' proposals for further ADR efforts if the initial ADR session was unsuccessful.

IT IS FURTHER ORDERED that the parties may not modify the dates contained in the scheduling order without leave of court.  ECF No. 45; Civil L.R. 6-1(b); Fed. R. Civ. P. 16(b)(4).

**IT IS SO ORDERED.**

Dated:  March 19, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California

2