HUESTON HENNIGAN LLP
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Deeksha Kohli, State Bar No. 333887
dkohli@hueston.com
Chandler Matz, State Bar No. 341562
cmatz@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340
Facsimile:     (888) 866-4825

Attorneys for Defendant
KLAVIYO, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| QUI NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KLAVIYO, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:25-cv-06551-EKL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE INITIAL ALTERNATIVE DISPUTE RESOLUTION SESSION**<br><br>Judge:   Hon. Eumi K. Lee<br><br>Complaint Filed:        August 4, 2025<br>Trial Date:                None Set |

Plaintiff Qui Nguyen ("Plaintiff") and Defendant Klaviyo, Inc. ("Klaviyo," together with Plaintiff, "the Parties") submit this Joint Stipulation to Extend Deadline to Complete Initial Alternative Dispute Resolution Session.

WHEREAS, on August 4, 2025, Plaintiff filed his Complaint against Klaviyo;

WHEREAS, on February 12, 2026, the Court set the deadline for the Parties to complete an initial alternative dispute resolution session as June 8, 2026;

WHEREAS, on February 24, 2026, the Parties stipulated to participate in private mediation as an alternative dispute resolution process;

WHEREAS, the Parties are currently meeting and conferring in good faith regarding several outstanding discovery issues;

WHEREAS, the Parties have met and conferred and agreed that given, among other things, their ongoing discovery meet and confer efforts, mediation would not be productive at this time; and

WHEREAS, the Parties have agreed that, to promote judicial economy and efficient use of resources, the deadline to complete their initial alternative dispute resolution session should be extended by seventy-five (75) days.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, as follows:

The deadline for the Parties to complete their initial alternative dispute resolution session shall be August 21, 2026.

Dated:  May 26, 2026                    HUESTON HENNIGAN LLP


By:  /s/ Moez M. Kaba
     Moez M. Kaba
     Vicki Chou
     Deeksha Kohli
     Chandler Matz

     *Attorneys for Defendant KLAVIYO, Inc.*

- 1 -
Case No.  5:25-cv-06551-EKL
JOINT STIPULATION & [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO COMPLETE INITIAL ADR

Dated:  May 26, 2026                          MILBERG, PLLC


                                              By:  /s/ William J. Edelman
                                                   William J. Edelman
                                                   Heather M. Lopez

                                                   *Attorneys for Plaintiff and the Proposed Class*

Dated:  May 26, 2026                          EDELSBERG LAW, P.A.


                                              By:  /s/ Scott Edelsberg
                                                   Scott Edelsberg

                                                   *Attorneys for Plaintiff and the Proposed Class*

**[PROPOSED] ORDER**

Based on the foregoing Stipulation of the Parties and good cause appearing therefor, the deadline for the Parties to complete their initial alternative dispute resolution session is August 21, 2026.

**IT IS SO ORDERED.**

Dated:   May 29, 2026 ,

_____
Hon. Eumi K. Lee
United States District Judge

- 3 -