William J. Edelman (SBN 285177)
Heather M. Lopez (SBN 354022)
**MILBERG, PLLC**
280 S. Beverly Drive-Penthouse
Beverly Hills, CA 90212
Telephone: 707-334-3727
Email: wedelman@milberg.com
hlopez@milberg.com

Scott Edelsberg (SBN: 330090)
**EDELSBERG LAW, P.A.**
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (305) 975-3320
Email: scott@edelsberglaw.com

*Attorneys for Plaintiffs and Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **QUI NGUYEN**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**KLAVIYO, INC.**, a Delaware corporation,<br><br>*Defendant.* | Case No. 5:25-cv-06551-EKL<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**TO THE COURT AND ALL PARTIES: PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of all claims in this action. Plaintiff's individual claims against Defendant Klaviyo, Inc. are dismissed with prejudice. The claims of the putative class are dismissed without prejudice. The Parties agree to bear their own costs and fees.

Dated: September 28, 2026 HUESTON HENNIGAN LLP

By: *<u>/s/ Vicki Chou</u>*____________________________
Moez M. Kaba
Vicki Chou
Deeksha Kohli
Chandler Matz
*Attorneys for Defendant*
*KLAVIYO, INC.*

Dated: September 28, 2026 MILBERG, PLLC

By: */s/ William J. Edelman*________________________
William J. Edelman
Heather M. Lopez
*Attorneys for Plaintiff and the Proposed Class*